Michelle E. Armond (Bar No. 227439)
michelle.armond@armondwilson.com
Josepher Li (Bar No. 313018)
josepher.li@armondwilson.com
ARMOND WILSON LLP
895 Dove Street, Suite 300
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (512) 345-2924

William D. Ellerman (*Pro Hac Vice* to be filed)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: (214) 593-9110
Facsimile: (214) 593-9111
wellerman@shorechan.com

Attorneys for Petitioner
VIDEOSHARE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE NONPARTY SUBPOENAS<br><br>VIDEOSHARE, LLC,<br><br>            Petitioner,<br>        v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>            Respondents. | Case No. 2:21-mc-00464<br><br>Related to Case No.<br>6:19-cv-00663-ADA<br>*Pending in the United States District Court for the Western District of Texas*<br><br>**PETITIONER'S NOTICE OF MOTION AND MOTION TO QUASH GOOGLE LLC AND YOUTUBE, LLC'S SUBPOENAS TO DOVEL & LUNER**<br><br>Hearing Date:   TBD<br>Time:                 TBD<br>Ctrm.:                TBD |

PLEASE TAKE NOTICE THAT Petitioner VideoShare, LLC ("VideoShare") moves this Court for an order quashing Google LLC and YouTube, LLC's (collectively, "Google") Subpoena to Testify at a Deposition in a Civil Action and Subpoena to Produce Documents, Information, or Objects in a Civil Action ("Subpoenas") to VideoShare's former litigation counsel Dovel & Luner ("Dovel"), issued in the underlying action pending in the United States District Court for the Western District of Texas.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on March 29, 2021.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, and Declaration of Josepher Li filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged with the Court.

Dated: March 29, 2021

Respectfully submitted,

ARMOND WILSON LLP

By: /s/ *Josepher Li*
Michelle E. Armond
Josepher Li

William D. Ellerman
SHORE CHAN LLP

Attorneys for Petitioner
VIDEOSHARE, LLC

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on March 29, 2021, a true and correct copy of the foregoing document was served via electronic transmission, upon the following attorneys:

| | |
|---|---|
| David S. Almeling<br>dalmeling@omm.com<br>Bill Trac<br>btrac@omm.com<br>Amy Liang<br>aliang@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br><br>*Attorneys for Google LLC and YouTube, LLC* | J. Mark Mann<br>mark@themannfirm.com<br>G. Blake Thompson<br>blake@themannfirm.com<br>MANN \| TINDEL \| THOMPSON<br>300 West Main Street<br>Henderson, Texas 75652<br>Telephone: 903-657-8540<br>Facsimile: 903-657-6003<br><br>*Attorneys for Google LLC and YouTube, LLC* |

                                            /s/ *Josepher Li*
                                            Josepher Li