Michelle E. Armond (Bar No. 227439)
michelle.armond@armondwilson.com
Josepher Li (Bar No. 313018)
josepher.li@armondwilson.com
ARMOND WILSON LLP
895 Dove Street, Suite 300
Newport Beach, CA 92660
Phone: (949) 932-0778
Facsimile: (512) 345-2924

William D. Ellerman (*Pro Hac Vice* to be filed)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: (214) 593-9110
Facsimile: (214) 593-9111
wellerman@shorechan.com

Attorneys for Petitioner
VIDEOSHARE, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE NONPARTY SUBPOENAS<br><br>VIDEOSHARE, LLC,<br><br>            Petitioner,<br><br>     v.<br><br>GOOGLE LLC and YOUTUBE, LLC,<br><br>            Respondents. | Case No. 2:21-mc-00464<br><br>Related to Case No.<br>6:19-cv-00663-ADA<br>*Pending in the United States District Court for the Western District of Texas*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH GOOGLE LLC AND YOUTUBE, LLC'S SUBPOENAS TO DOVEL & LUNER**<br><br>Hearing Date:   TBD<br>Time:                 TBD<br>Ctrm.:                 TBD |

Having considered Petitioner VideoShare's Motion to Quash Google LLC and YouTube, LLC's Subpoenas to Dovel & Luner, and all the papers filed in support and opposition, and any oral argument of counsel, and good cause having been shown, the Court hereby GRANTS VideoShare's motion.

**IT IS SO ORDERED.**

Dated:_____          _____
                                United States District Judge

-1-

# CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on March 29, 2021, a true and correct copy of the foregoing document was served via electronic transmission, upon the following attorneys:

| | |
|---|---|
| David S. Almeling<br>dalmeling@omm.com<br>Bill Trac<br>btrac@omm.com<br>Amy Liang<br>aliang@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br><br>*Attorneys for Google LLC and YouTube, LLC* | J. Mark Mann<br>mark@themannfirm.com<br>G. Blake Thompson<br>blake@themannfirm.com<br>MANN \| TINDEL \| THOMPSON<br>300 West Main Street<br>Henderson, Texas 75652<br>Telephone: 903-657-8540<br>Facsimile: 903-657-6003<br><br>*Attorneys for Google LLC and YouTube, LLC* |

                                              /s/ *Josepher Li*
                                              Josepher Li