| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Michelle E. Armond (Bar No. 227439)<br>michelle.armond@armondwilson.com<br>Josepher Li (Bar No. 313018)<br>josepher.li@armondwilson.com<br>ARMOND WILSON LLP<br>895 Dove Street, Suite 300<br>Newport Beach, CA 92660<br>Phone: (949) 932-0778 | |
| ATTORNEY(S) FOR: Petitioner VideoShare, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NONPARTY SUBPOENAS:<br>VIDEOSHARE, LLC<br>Plaintiff(s),<br>v.<br>GOOGLE, LLC AND YOUTUBE, LLC,<br>Defendant(s) | CASE NUMBER:<br>2:21-mc-00464<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  VIDEOSHARE, LLC  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VIDEOSHARE, LLC | Petitioner; VideoShare is a Texas limited liability company. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock. |

| | |
|---|---|
| March 29, 2021<br>Date | /s/ Josepher Li<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Petitioner VIDEOSHARE, LLC